[No. 57215-6-I.   Division One.   December 18, 2006.]

*In the Matter of the Marriage of* CATHERINE ANN KRELL, *Respondent,* and RICK R. KRELL, *Appellant.*

Appeal from judgments of the Superior Court for King County, No. 99-3-07767-2, LeRoy McCullough, J., entered October 3 and 25, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57382-9-I.   Division One.   December 18, 2006.]

MICHAEL ANDREW OLIVER, *Appellant,* v. FLOW INTERNATIONAL CORPORATION, *Respondent.*

Appeal from judgments of the Superior Court for King County, No. 04-2-14666-6, Paris K. Kallas, J., entered September 28 and October 19, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Baker, JJ. Now published at 137 Wn. App. 655.

[No. 57390-0-I.   Division One.   December 18, 2006.]

DONALD R. SABEN ET AL., *Respondents,* v. SKAGIT COUNTY ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-11447-9, George N. Bowden, J., entered October 26, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Grosse and Baker, JJ. Now published at 136 Wn. App. 869.

[No. 57797-2-I.   Division One.   December 18, 2006.]

MARTY L. GRIGGS, *Appellant,* v. ALASKA AIRLINES, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 05-2-28276-2, Michael Heavey, J., entered December 23, 2005. *Affirmed* by unpublished per curiam opinion.